# EXHIBIT A

to Mead Johnson & Company, LLC's Memorandum Of Points And Authority In Opposition To Plaintiff's Motion To Remand

Case No. 1:20-cv-03231-TSC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Clean Label Project Foundation,<br>280 E. 1st Ave. #873<br>Broomfield, CO 80038,<br><br>       Plaintiff,<br><br>  v.<br><br>Mead Johnson & Company, LLC,<br>251 Little Falls Drive<br>Wilmington, Delaware 19808,<br><br>       Defendant. | Case No. 1:20-cv-03231-TSC |

## DECLARATION OF MARIANNE WADSWORTH IN SUPPORT
## OF MEAD JOHNSON'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

I, Marianne Wadsworth, declare and state as follows pursuant to 28 U.S.C. § 1746:

1.  I am the Manager of U.S. IFCN Commercial Analytics for Mead Johnson & Company, LLC ("Mead Johnson").  My job duties require me to be familiar with data, collected by reliable third party vendors used by our industry, which reflect our unit sales in different locations.  I offer this declaration in opposition to the Clean Label Foundation's Motion to Remand this case to the Superior Court of the District of Columbia.  The facts set forth in this declaration are based on my personal knowledge and/or the records of Mead Johnson.  If called upon to do so, I could and would testify competently to the facts set forth herein.

2.  I understand that this lawsuit involves the sale of the following Mead Johnson products: Enfamil's Nutramingen® Hypoallergenic Ready to Use Infant Formula with iron (32 fl. Oz.), Neuro Pro Infant Formula Milk-Based with Iron (20.7 oz.), EnfaCare – Neuro-Pro (12.8 oz.), Reguline Infant Formula – Milk-Based with Iron (12.4 oz.), ProSobee Soy Infant Formula for

Sensitive Tummy (12.9 oz.), and Premium Infant & Toddler Formula – Toddler Transitions (20 oz.).

3.  Mead Johnson does not have visibility into the exact number of sales made of its products by most retailers: we send our products to distributors, who then send them to retail outlets. However, we do make use of data collected by third parties such as Nielsen which inform us about the sales of our products. The use of these data sources is standard in our industry, as they are regarded as reliable indicators of sales volume.

4.  Washington DC is a major metropolitan area, with a population of around 680,000. Based on my review of the data we rely on to track our commercial performance, I can estimate that we sold a total of over 10,000 units of the formula SKUs identified above in Washington D.C. during 2020. Annual sales may fluctuate somewhat, but in my opinion, it is safe to say that we have sold tens of thousands of units of these products in the District of Columbia between mid-2017 and the date when this complaint was removed to Federal Court.

I affirm under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and accurate to the best of my knowledge.

Executed on January 8, 2021, in Evansville, Indiana.

By: _____
    DocuSigned by:
    8A9884416B024BC...