# EXHIBIT 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>Mead Johnson & Company, LLC,<br><br>Defendant. | Case No. 1:20-cv-03231-TSC |

**Declaration of Jaclyn Bowen, MPH, MS in Support of CLP's Reply to Defendant Mead Johnson's Opposition to Plaintiff's Motion to Remand**

I, Jaclyn Bowen, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am the Executive Director of Clean Label Project Foundation (CLP), a national non-profit organization with the mission to address the growing consumer concern of industrial and environmental contaminants and toxins in both foods and consumer products through data, science, and transparency. In order to detect contaminants in foods and consumer products and inform the public, CLP routinely initiates the testing of food and consumer products at certified, ISO 17025-accredited, third-party analytical chemistry laboratories to collect comparison data for consumer safety.

2. As a part of my job duties, I am responsible for coordinating the purchasing and testing of different classes of consumer food products as a part of CLP's investigative initiatives. In the category of infant formulas, CLP tested over sixty (60) national competing formula products for the purpose of evaluation.

3. A number of infant formulas produced by Mead Johnson were tested. Those Mead Johnson products that returned from the laboratory testing with detectible levels of lead, cadmium and/or BPA included Enfamil's Nutramigen Hypoallergenic Ready to Use Infant Formula with Iron (32 fl. Oz), Neuro Pro Infant Formula Milk-Based with Iron (20.7 oz),

EnfaCare - Neuro Pro (12.8 oz), Reguline Infant Formula - Milk-Based with Iron (12.4 oz), ProSobee Soy Infant Formula For Sensitive Tummy (12.9 oz), and Premium Infant & Toddler Formula - Toddler Transitions (20 oz).

4. CLP, as a consumer, caused to be purchased Mead Johnson's infant formula products for the purposes of testing and data collection. As I oversaw the process of the purchase of the Mead Johnson infant formula test samples, I can attest that CLP spent $123.74 total in the purchase of the Mead Johnson infant formula products named in our Complaint against Defendant Mead Johnson. Each of the units tested cost no more than $27.99.

5. CLP does not seek statutory damages on behalf of the general public. CLP's lawsuit against Mead Johnson was not filed as a class action, nor is it intended to be one. CLP is the sole Plaintiff in this lawsuit against Defendant Mead Johnson.

6. While CLP is eligible for claiming statutory damages under the D.C. CPPA for the cost of the Mead Johnson infant formula units that were tested and found to be tainted, CLP would be eligible for no more than $9,000 under D.C. CPPA § 28–3905(k)(2)(A)(i) for suffering Mead Johnson's six (6) potential violations of the D.C. CPPA for each of the tainted units of the infant formulas that CLP purchased as a consumer, in the event that Mead Johnson is found to have violated the D.C. CPPA.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2021 in Berthoud, CO.

Jaclyn Bowen, MPH, MS
Executive Director of CLP